**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

OMEAD ALI KYANVASH

Case No.: 8:25-bk-09268-CED
Chapter 7

Debtor.
_______________________________/

**UNITED STATES' UNOPPOSED MOTION TO RESCHEDULE PRELIMINARY HEARING ON DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE**

The United States of America, on behalf of the U.S. Department of Veterans Affairs ("VA"), respectfully moves to continue the preliminary hearing on Debtor's Motion for Order to Show Cause (Doc. 17) ("Motion") scheduled for September 21, 2026, at 10:00 am for two weeks. Debtor Omead Ali Kyanvash ("Debtor") does not oppose this motion. In support of this motion, the United States asserts:

1. On December 9, 2025, the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code. Doc. 1.

2. On September 4, 2026, the Debtor filed the Motion seeking an Order to Show related to the VA's intention to withhold part of his VA benefits to recoup an overpayment of VA benefits. Doc. 17.

3. The undersigned has reached out to the VA to request additional information related to the Motion. Currently, the undersigned has not received such information from the VA. Accordingly, the United States requests a brief two-week

continuance of the preliminary hearing on the Motion currently scheduled for September 21, 2026, at 10:00 a.m. During this time, the undersigned expects to receive documentation from the VA and prepare a substantive response to the Motion. The United States submits that the brief continuance will ultimately result in a quicker adjudication of the Motion as it will have time to gather necessary documentation for the Court's review.

4. The undersigned contacted counsel for the Debtor who indicated that the Debtor does not oppose a two-week continuance of the preliminary hearing on the Motion.

## CONCLUSION

Based on the foregoing, the United States requests the Court continue the preliminary hearing on the Motion scheduled for September 21, 2026, at 10:00 a.m. for two weeks.

Dated: September 16, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

*s/Christopher J. Emden*

CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6198
E-mail: Christopher.Emden@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2026, I electronically filed the foregoing with the Court using the Court's CM/ECF filing system, which will send an electronic notice of filing to the following:

Gregory Zimmer, Esq.
GZimmer@dellutriLawGroup.Com
Attorney for Debtor

Douglas N. Menchise
dmenchise@verizon.net
Chapter 7 Trustee

United States Trustee – TPA7/13
USTPREgion21.TP.ECF@usdoj.gov

*/s/ Christopher J. Emden*
CHRISTOPHER J. EMDEN
Assistant United States Attorney