ORDERED.

**Dated: September 18, 2026**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

OMEAD ALI KYANVASH

Case No.: 8:25-bk-09268-CED
Chapter 7

Debtor.
______________________________/

**ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE PRELIMINARY HEARING ON DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE**

THIS CASE came before the Court without a hearing on the United States' *Unopposed Motion to Reschedule Preliminary Hearing on Debtor's Motion for Order to Show Cause* (Doc. 19) (the "Motion"). Accordingly, it is

**ORDERED** and **ADJUDGED** that:

1. The Motion is **GRANTED**.

2. The preliminary hearing on the Motion is continued to October 13th at 10:00 a.m. in Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602.

3. All parties may attend the hearing in person. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances, available at

https://www.flmb.uscourts.gov/judges/delano, regarding policies and procedures for attendance at hearings by video or telephone via Zoom. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5070 no later than 3:00 p.m. one business day before the date of the hearing.

Assistant United States Attorney Christopher Emden is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of the entry of this order.