ORDERED.

**Dated: October 20, 2026**

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Case No. 8:25-bk-09268-CED
Chapter 7

Omead Ali Kyanvash,

Debtor.
______________________________________/

**ORDER DIRECTING DEBTOR TO FILE REPLY TO UNITED STATES' RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE AND SCHEDULING CONTINUED HEARING**

THIS CASE came on for hearing on October 13, 2026, on *Debtor's Motion to Require the United States Department of Veterans Affairs to Show Cause Why Its Post-Discharge Benefit Withholding Does Not Violate the Discharge Injunction* (Doc. No. 17) (the "Motion") and the response to the Motion filed by the United States of America on behalf of the U.S. Department of Veterans Affairs (Doc. No. 21) (the "Response"). For the reasons stated in open court, it is

**ORDERED:**

1. Debtor may file a reply to the Response no later than November 2, 2026.

2. The Court will conduct a continued hearing on the Motion and the Response on **November 10, 2026, at 10:00 a.m.** in Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida. All parties may attend the hearing in person. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy Ann Dello Iacono by email at Ann_DelloIacono@flmb.uscourts.gov or by telephone at 813-301-5070 no later than 3:00 p.m. one business day before the date of the hearing.

Clerk's Office to serve interested parties via CM/ECF.